FILED

10/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0716

RODNEY BRANDT, HEIDI BRANDT,
MARSHALL FLADAGER, NEVA FLADAGER,
LARRY LAUTARET and RENA LAUTARET,

        Plaintiffs, Appellees, and
        Cross-Appellants,

v.

R&R MOUNTAIN ESCAPES, LLC, A
MONTANA LIMITED LIABILITY COMPANY,

        Defendant, Appellant,
        and Cross-Appellee.

ORDER

FILED

OCT 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellees has filed a motion for leave to file a 500-word supplemental brief addressing this Court Opinion in *Myers v. Kleinhans*, 2024 MT 208, 418 Mont. 113, ___ P.3d ___, filed on September 17, 2024. Counsel for Appellant has filed a response in opposition to the motion. Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellees may file a supplemental brief of no more than 500 words limited to addressing *Myers*.

IT IS FURTHER ORDERED that Appellants may file an overlength reply and response to cross-appeal brief of no more than 5,500 words.

Appellees' supplemental brief is due October 31, 2024. Appellant's reply brief is due November 14, 2024.

No extensions will be granted.

DATED this 17th day of October, 2024.

For the Court,

_____
Chief Justice